IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BLANCA ZAMORA, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | NO. 20-1897 |
| v. | : | |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 28th day of January, 2021, upon consideration of Plaintiff's Request for Review (Doc. No. 13), Defendant's Response thereto (Doc. No. 14), and Plaintiff's Reply (Doc. No. 15), IT IS HEREBY ORDERED that:

1. Plaintiff's Request for Review is DENIED and DISMISSED;

2. JUDGMENT IS ENTERED in favor of Defendant; and

3. The Clerk of the Court shall mark this case CLOSED.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE